**EXHIBIT 1**
**TO PLAINTIFFS' COMPLAINT WITH INJUNCTIVE RELIEF SOUGHT AND DEMAND FOR JURY TRIAL**

|    | Title | U.S. Copyright Reg. Number |
|---|---|---|
| 1. | 1-D-A-B-O-Y ANTHEM | PA0001718186 |
| 2. | BEN. | SR0000837809 |
| 3. | CAN'T JUDGE A BOOK, ET AL | SRu001232793 |
| 4. | FELL BACK | SRu001242147 |
| 5. | I DON'T EVEN SPEAK SPANISH LOL | SRu001330235 |
| 6. | JAKE NOCH | PRE000010493 |
| 7. | JAKE NOCH'S 1ST ALBUM, CONTAINS 21 SONGS, ALL OF WHICH ARE BEING REGISTERED. | PAu003940784 |
| 8. | JAKE NOCH'S 2ND STUDIO ALBUM CONTAINING 43 SOUND-RECORDINGS & MUSICAL COMPOSITIONS ALL OF WHICH ARE BEING REGISTERED. | SRu001330235 |
| 9. | JAKE NOCH'S 3ND STUDIO ALBUM CONTAINING SOUND-RECORDINGS & MUSICAL COMPOSITIONS ALL OF WHICH ARE BEING REGISTERED. | SRu001332663 |
| 10. | JAKE NOCH'S 4TH STUDIO ALBUM CONTAINING SOUND-RECORDINGS & MUSICAL COMPOSITIONS ALL OF WHICH ARE BEING REGISTERED. | SRu001333176 |
| 11. | JAKE NOCH'S 5TH STUDIO ALBUM CONTAINING SOUND-RECORDINGS & MUSICAL COMPOSITIONS ALL OF WHICH ARE BEING REGISTERED. | SRu001335193 |
| 12. | LIL KANO INTRO AND 8 OTHER UNPUBLISHED WORKS | SRu001379018 |
| 13. | MURDA SHE WROTE, ET AL | SRu001213479 |
| 14. | MUSIC IS COOL AND 9 OTHER UNPUBLISHED WORKS | SRu001363069 |
| 15. | ONE NIGHT STAND | SRu001178909 |
| 16. | PART 1 of OG MACO'S & JAKE NOCH's AKA PINEAPPLE STUDIO ALBUM | SRu001336275 |
| 17. | PARTS 'N' BETWEEN BY LIL KANO | PAu002273474 |
| 18. | PUBLISHING COMPANY A, LLC. SONG COLLECTION | SR0000821847 |
| 19. | REACH, ET AL | SRu001349371 |
| 20. | REAL LOVE | SRu001347293 |
| 21. | SOSA ENTERTAINMENT LLC. SONG COLLECTION | SR0000821851 |
| 22. | THE MACHINE | SRu001281442 |
| 23. | PURGE, ET AL. | SRu001347822 |
| 24. | YES, ET AL | SRu001348218 |

\*   \*   \*