UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRO MUSIC RIGHTS, LLC and
SOSA ENTERTAINMENT LLC,

      Plaintiffs,

v.                                Case No:   2:19-cv-843-FtM-29NPM

SPOTIFY AB, a Swedish corporation,
SPOTIFY USA, INC., a Delaware
corporation, SPOTIFY LIMITED, a
United Kingdom corporation, and
SPOTIFY TECHNOLOGY S.A., a
Luxembourg corporation,

      Defendants.

---

**ORDER**

This matter comes before the Court on Plaintiffs Pro Music Right, LLC and Sosa Entertainment LLC Motions for Special Admission to Practice and Written Designation and Consent to Act (Docs. 3 and 4), both filed on November 25, 2019.

Upon review and consideration of the motions, the undersigned finds attorneys Sinead Rafferty and Richard S. Gora meet the requirements of Middle District of Florida Local Rule 2.02(a) and may appear pro hac vice on behalf of Plaintiffs.

Accordingly, it is hereby **ORDERED**:

1.      The Motion for Special Admission to Practice and Written Designation and Consent to Act (Doc. 3) is **GRANTED**.

2.      The Motion for Special Admission to Practice and Written Designation and Consent to Act (Doc. 4) is **GRANTED**.

3.   Counsel is reminded that the Middle District of Florida utilizes a case management electronic filing system ("CM/ECF").   As such, if counsel has not already done so, within fourteen (14) days of the date of this Order, counsel shall file an E-Filer Registration Form and pay the special admission fee.   Failure to complete these steps may cause the Court to revoke its permission to appear specially without further notice.

4.   Counsel is further reminded that pursuant to the local rules of this district, any attorney appearing in this Court pursuant to Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."   M.D. Fla. R. 2.02(c).

5.   Attorney Vito Roppo is an active member in good standing of the Florida Bar and of this Court who has been designated and consents to act as local counsel in this matter and shall accept service of all notices and papers on behalf of Plaintiffs Pro Music Rights, LLC and Sosa Entertainment LLC.

6.   Pursuant to *In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, No. 6:13-mc-94-Orl-22, an attorney permitted to appear *pro hac vice* may bring personal electronic devices beyond the Courthouse's security checkpoint by presentation of this Order.

**DONE** and **ORDERED** in Fort Myers, Florida on November 26, 2019.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties