# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| PRO MUSIC RIGHTS, LLC and SOSA ENTERTAINMENT LLC,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SPOTIFY AB, a Swedish Corporation; SPOTIFY USA, INC., a Delaware Corporation; SPOTIFY LIMITED, a United Kingdom Corporation; and SPOTIFY TECHNOLOGY S.A., a Luxembourg Corporation,<br><br>　　　　Defendants. | Civil Action No. 2:19-cv-00843-JES-NPM |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case: *See* **Schedule A**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: **None**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **None**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: **Pro Music Rights, LLC and Sosa Entertainment LLC**.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: December 10, 2019                Respectfully submitted,

                                **GORA LLC**

By: /s/ Sinead Rafferty
     Sinead Rafferty (admitted pro hac vice)
     (646) 298-8523
     sinead@goralaw.com
     Richard Gora (admitted pro hac vice)
     (203) 424-8021
     rich@goralaw.com
     **Gora LLC**
     2 Corporate Dr., Suite 210
     Trumbull, CT 06611

By: /s/ Vito M. Roppo
     Vito M. Roppo
     Florida Bar No.: 112153
     Colosseum Counsel, PLLC
     3811 Airport Pulling Road N.
     Naples, Florida 34105
     (239) 631-8160
     vito@fightforme.com

     **ATTORNEYS FOR THE PLAINTIFFS**
     **PRO MUSIC RIGHTS, LLC**
     **SOSA ENTERTAINMENT LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court on December 10, 2019, which sent e-mail notification of such filing to all CM/ECF participants.

/s/ Sinead Rafferty
Sinead Rafferty
