SCHEDULE A
TO PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT

1. Pro Music Rights, LLC
2. Sosa Entertainment LLC
3. Spotify AB
4. Spotify USA, Inc.
5. Spotify Limited
6. Spotify Technology S.A.
7. Gora LLC
8. Colosseum Counsel, PLLC
9. Richard S. Gora, Esq.
10. Sinead A. Rafferty, Esq.
11. Vito M. Roppo, Esq.
12. Jake Noch
13. Music and Entertainment Rights Licensing Independent Network, B.V.
14. Independent IP B.V.
15. IIP-DDS B.V.
16. Artist Without A Label
17. AWAL Digital Limited
18. Kobalt Music Group
19. Brazy Records, LLC
20. Publishing Company B, LLC
21. Kino Beats
22. Publishing Company A, LLC
23. Stephen Coleman
24. Maurice Ginnis
25. Lil' Kano
26. Pro Music Rights Publishing Group, LLC
27. Music By Aoir Records Publishing
28. Aoir Records Llc Publishing
29. Zone X Productions
30. Wired Lyfe Music Inc
31. Borghetti Music Publishing
32. Anthony Harris
33. Tres House Entertainment
34. Publishing Company C LLC
35. Aris Edizioni Musicali
36. Dancingcity Entertainment
37. Sebastian Cordero
38. Lance Lee Singleton
39. Markino Hay
40. Ebla Music Group, LLC

41. Broadcast Music, Inc.
42. Reycyn Publishing
43. Reycyn Publishings
44. Wanderer Publishing
45. Urban Stone Music Group
46. Overseas Rec Africa
47. Hope Music Group
48. Empire Company
49. Universal Music Africa
50. Universal Music Group
51. Dcie Media
52. Jk Records
53. Lightwork Publishing
54. Tupac Amaru Shakur Legacy
55. Amaru Shakur Publishing
56. Kino World Music
57. Lance Lee Singleton
58. Terrance Sweet
59. Black Grove 401 Records, LLC
60. Rolton Maurice Taylor
61. George Jones 3rd
62. Ronnie Spencer
63. Ronnetta Denise Spencer
64. Tiffany Shanta Crawford
65. Christopher Omari
66. Don Bartholomew Jr.
67. Dionne Thompson
68. Wydner Degruy
69. Kayla Rogers
70. Anthony Scott
71. Adrian Eiland
72. Brian Drones
73. Al Hooper
74. Evetta Ann Cockerham
75. Edward Jones
76. Maurice Ginnis
77. Maco Mattox
78. Kenneth Adams
79. Tim Boudreaux
80. Ronnie Spencer
81. Ronnetta Denise Spencer

\* \* \*