# EXHIBIT D















false
false



