UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOSA ENTERTAINMENT LLC,

    Plaintiff,

v.                                Case No:  2:19-cv-843-JES-NPM

SPOTIFY AB, a Swedish corporation, SPOTIFY USA, INC., a Delaware corporation, SPOTIFY LIMITED, a United Kingdom corporation, SPOTIFY TECHNOLOGY S.A., a Luxembourg corporation, and JAKE P NOCH,

    Defendants/Third Party Plaintiffs

JAKE P NOCH and SOSA ENTERTAINMENT LLC,

    Third Party Defendants.

_____

**ORDER**

    This matter comes before the Court on review of the file.  On January 14, 2021, the Court issued an Order (Doc. #70) staying the case for a period of time to allow the parties to pursue settlement negotiations. (Doc. #70)  The parties were on notice that the stay would automatically be lifted upon expiration, and the stay has expired.

    Accordingly, it is hereby

    **ORDERED:**

The stay is **lifted**. The deadlines in the Case Management and Scheduling Order (Doc. #53) are reinstated. The pending motions will be addressed in due course.

**DONE and ORDERED** at Fort Myers, Florida, this ___16th___ day of March, 2021.

                                                                     _____
                                                                     JOHN E. STEELE
                                                                     SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record