UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOSA ENTERTAINMENT LLC,

    Plaintiff,

v.                                        Case No:   2:19-cv-843-JES-NPM

SPOTIFY AB, a Swedish corporation, SPOTIFY USA, INC., a Delaware corporation, SPOTIFY LIMITED, a United Kingdom corporation, SPOTIFY TECHNOLOGY S.A., a Luxembourg corporation, and JAKE P NOCH,

    Defendants/Third Party Plaintiffs

JAKE P NOCH and SOSA ENTERTAINMENT LLC,

    Third Party Defendants.

---

**ORDER**

On March 25, 2021, the Court entered an Order (Doc. #73) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired and no stipulated form of final order or judgment has been submitted as to the settled parties. The Court will otherwise dismiss the Spotify defendants that were not served or failed to appear without prejudice.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice as to Jake P. Noch, Spotify AB, and Spotify USA and without prejudice as to Spotify Limited, and Spotify Technology S.A., terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __10th__ day of May, 2021.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record